**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

BROADCAST MUSIC, INC.,

                Petitioner,

                2018 **CIVIL** 8749 (LLS)

    -against-

                <u>**JUDGMENT**</u>

NORTH AMERICAN CONCERT PROMOTERS
ASSOCIATION, as licensing representative of the
Promoters listed on Exhibit A to the Petition,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Honorable Louis L. Stanton, United States District Judge's Opinion dated March 28, 2023, the Court adopts BMI's proposal of the reasonable rate for the Retroactive Period. For the Current Period, the reasonable rate is 0.5% of gross revenues. Gross revenues are (1) the face value of the ticket; (2) revenues received by the promoter from tickets sold in the first instance directly onto the secondary market (including for amounts above the face value of the ticket); (3) any ticket service, handling, or other fees above the face value of the ticket paid by the consumer if received by the promoter; (4) box suite and VIP package revenues attributable to live concerts and paid to the promoter or a venue or artist with which the promoter has a contractual relationship. Both licenses retain the 10% Administrative Discount. NACPA's Motion for Judgment as a Matter of Law, Dkt. No. 170, is accordingly denied as moot.

**DATED**: New York, New York
          March 28, 2023

                                        **RUBY J. KRAJICK**
                                          Clerk of Court

                              **BY**: _____
                                          **Deputy Clerk**