UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC., <br><br> Petitioner, <br><br> v. <br><br> NORTH AMERICAN CONCERT PROMOTERS ASSOCIATION, as licensing representative of the promoters listed on Exhibit A to the Petition, <br><br> Respondent. | 1:18-cv-08749 (LLS) <br><br> *Related to United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Respondent North American Concert Promoters Association appeals to the United States Court of Appeals for the Second Circuit from the Clerk's Judgment entered in this action on March 28, 2023 (Dkt. No. 213), and all underlying orders, rulings and findings entered in this action, including but not limited to the Court's Opinion, dated March 28, 2023 (Dkt. No. 212), which determined final rates for a BMI music performance rights license for the period January 1, 2014 through December 31, 2022, and the Court's Opinion, dated May 22, 2023 (Dkt. No. 218), granting in part and denying in part BMI's Motion to Amend the Judgment. This appeal is taken from each and every adverse part thereof.

Dated: June 20, 2023
  New York, New York

Respectfully submitted,

*/s/ Benjamin E. Marks*
Benjamin E. Marks
Gregory Silbert
David Yolkut
Sarah M. Sternlieb
Elizabeth McLean
Camilla Brandfield-Harvey

WEIL, GOTSHAL & MANGES LLP[1]
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
benjamin.marks@weil.com
gregory.silbert@weil.com
david.yolkut@weil.com
sarah.sternlieb@weil.com
elizabeth.mclean@weil.com
camilla.brandfield-harvey@weil.com

*Counsel for Respondent*

By: /s/ Andrew M. Gass
Andrew M. Gass (pro hac vice)
Joseph R. Wetzel
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
joe.wetzel@lw.com

Jennifer L. Giordano
Sarang Damle (pro hac vice)
Molly Barron (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
jennifer.giordano@lw.com
sy.damle@lw.com
molly.barron@lw.com

*Counsel for Live Nation Entities, as identified in Notice of Appearance*

---

[1] NACPA uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.