UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

BROADCAST MUSIC, INC.,

Petitioner,

-v-

No. 18-cv-8749-LTS

NORTH AMERICAN CONCERT PROMOTERS ASSOCIATION,

Respondent.

-------------------------------------------------------x

ORDER

The above-captioned case was transferred to the undersigned. The parties are hereby directed to promptly meet and confer and to file a joint status update, **within 14 days** after the entry of this Order, setting forth appropriate next steps in light of the entry of the mandate from the United States Court of Appeals for the Second Circuit (docket entry no. 222).

SO ORDERED.

Dated: New York, New York
July 15, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge